**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00094-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

The record was due March 24, 2019. By postcard dated March 28, 2019, we notified court reporter Glenda Finkley that the reporter's record was overdue and directed her to file, by April 28, 2019, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. To date, no reporter's record has been filed and we have had no communication from Ms. Finley.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Finkley that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable David Lopez
Presiding Judge, 256th Judicial District Court

Glenda Finkley
Official Court Reporter, 256th Judicial District Court

Counsel for all parties


                                        /s/      ROBERT D. BURNS, III
                                                 CHIEF JUSTICE